**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIHAL ERKAN on behalf of herself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>-against-<br><br>CERINI COFFEE SERVICES, INC.,<br><br>                              Defendant. | Docket No: 1:23-cv-7651<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff NIHAL ERKAN, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. On the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences, including the conference scheduled for February 2, 2024.

Dated:    Hicksville, New York
             January 31, 2024

                                                                Respectfully submitted,

                                                                /s/ *Mars Khaimov*

                                                                Mars Khaimov, Esq.
                                                                Mars Khaimov Law, PLLC
                                                                100 Duffy Ave., Suite 510
                                                                Hicksville, NY 11801
                                                                mars@khaimovlaw.com