UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NIHAL ERKAN on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

CERINI COFFEE SERVICES, INC.

                Defendant.

Case No. 1:23-cv-7651

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            February 21, 2024

                              Respectfully Submitted,

                              **/s/ Mars Khaimov**

                        By:    Mars Khaimov, Esq.
                                100 Duffy Avenue, Suite 510
                                Hicksville, New York 11801
                                Tel (929) 324-0717
                                Fax (929) 333-7774
                                Email: mars@khaimovlaw.com
                                *Attorney for Plaintiff*